IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TRACY E. BROXSON,**

   Petitioner,

v.                                                    Case No. 3:24cv017-MCR/MAF

**STATE OF FLORIDA,**

   Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 2, 2024, ECF No. 6.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).   There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**